UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT DALE HICKS
      AKA: ROBERT D. HICKS                     CHAPTER 13

      Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant                                         CASE NO: 1-13-05867-MDF

ROBERT DALE HICKS
AKA: ROBERT D. HICKS

      Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on September 21, 2016, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of September 21, 2016, the Debtor(s) is/are $1591.68 in arrears with a plan payment having last been made on Aug 12, 2016.

    In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

                                                                Respectfully Submitted,
                                                                /s/ Liz Joyce
                                                               for Charles J. DeHart, III, Trustee
                                                               8125 Adams Drive, Suite A
                                                              Hummelstown, PA 17036
                                                              Phone: (717) 566-6097

Dated: September 21, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT DALE HICKS
AKA: ROBERT D. HICKS

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

ROBERT DALE HICKS
AKA: ROBERT D. HICKS

Respondent(s)

CHAPTER 13

CASE NO: 1-13-05867-MDF

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on September 21, 2016.

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111-

ROBERT DALE HICKS
36 EAST HANOVER STREET
GETTYSBURG, PA 17325

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: September 21, 2016