In re:                                                                  Case No. 13-05867-MDF
Robert Dale Hicks                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: karendavi    Page 1 of 2    Date Rcvd: Sep 22, 2016
                Form ID: pdf010    Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2016.
db             +Robert Dale Hicks,    36 East Hanover Street,    Gettysburg, PA 17325-7752
cr             +US Department of Housing and Urban Development,    c/o Novad Management Consulting LLC,
                 2401 NW 23rd Street Suite 1A1,    Oklahoma City, OK 73107-2448
4407974         ALLIED INT DATA OPERATIONS,    POST OFFICE BOX 2455,    CHANDLER, AZ  85244-2455
4407975        +CGA LAW FIRM,    135 N GEORGE STREET,    YORK, PA 17401-1135
4407976       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court:  DIRECTV INC,     CUSTOMER SERVICE,    POST OFFICE BOX 70014,
                 BOISE, ID  83707-0114)
4407977        +FINANCIAL RECOVERIES,    200 E PARK DR STE 100,    MOUNT LAUREL, NJ 08054-1297
4407978         FINANCIAL RECOVERIES,    POST OFFICE BOX 1388,    MOUNT LAUREL, NJ  08054-7388
4407979        +GETTYSBURG HOSPITAL,    147 GETTYS STREET,    POST OFFICE BOX 3786,    GETTYSBURG, PA 17325-0786
4407981        +MCCABE WEISBERG & CONWAY PC,    123 S BROAD STREET,    SUITE 2080,    PHILADELPHIA, PA 19109-1031
4407982         PA DEPT OF REVENUE,    BUREAU OF INDIVIDUAL TAXES,    DEPT 280431,    HARRISBURG,, PA  17128-0431
4407983       ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                 (address filed with court:  SNAP ON CREDIT,     1125 TRI STATE PAR,    SUITE 700,
                 GURNEE, IL  60031)
4417654        +U.S. Department of Housing and Urban Development,    c/o Novad Management Consulting LLC,
                 Sheperds Mall,    2401 NW 23rd Street Suite 1A,    Oklahoma City, OK 73107-2423
4407984        +U.S. Department of Housing and Urban Development,    c/o Novad Management Consulting LLC,
                 Shepherds Mall,    2401 NW 23rd Street Suite 1A,    Oklahoma City, OK 73107-2423
4407985         WELLSPAN MEDICAL GROUP,    1803 MT ROSE AVENUE,    YORK, PA  17403-3051
4472102        +York Hospital,    1001 South George Street,    York, PA 17403-3645
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4470409         E-mail/Text: camanagement@mtb.com Sep 22 2016 19:14:29      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-1840
4473603         E-mail/Text: camanagement@mtb.com Sep 22 2016 19:14:29      M&T Bank,   PO Box 840,
                 Buffalo, New York 14240-1840
4407980         E-mail/Text: camanagement@mtb.com Sep 22 2016 19:14:29      M & T BANK,   1 FOUNTAIN PLZ,
                 BUFFALO, NY  14203
4410221         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2016 19:14:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4423740*      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                 (address filed with court:  Snap-on Credit LLC,     950 Technology Way,    Suite 301,
                 Libertyville, IL 60048)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2016 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    M&T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Plaintiff Robert Dale Hicks gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
```

District/off: 0314-1  User: karendavi  Page 2 of 2  Date Rcvd: Sep 22, 2016
                      Form ID: pdf010   Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Gary J Imblum   on behalf of Debtor Robert Dale Hicks gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com

        Joshua I Goldman   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

        Marisa Myers Cohen   on behalf of Creditor   M&T Bank Mcohen@mwc-law.com

        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **ROBERT DALE HICKS AKA ROBERT D. HICKS** | Chapter: 13 |
| Debtor(s) | Case Number: 1-13-bk-05867-MDF |
| **CHARLES J. DEHART, III CHAPTER 13 TRUSTEE** | |
| Movant(s) | |
| vs. | |
| **ROBERT DALE HICKS AKA ROBERT D. HICKS** | |
| Respondent(s) | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: September 22, 2016

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)

MDPA-Dismiss Case.WPT - REV 01/15